UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEN MOSBAH SAIDI, | |
| Plaintiff, | CIVIL ACTION NO. 3:20-cv-00894 |
| v. | |
| YORK COUNTY d/b/a YORK COUNTY PRISON, et al., | (KANE, J.)<br>(SAPORITO, M.J.) |
| Defendants. | |

### ORDER

AND NOW, this \_\_\_9th\_\_\_ day of April, 2021, **IT IS HEREBY ORDERED THAT**:

1. For good cause shown, the plaintiff is granted a **30-day extension of time** to file his brief in opposition to the defendant's motion for summary judgment (Doc. 18), his response to the defendants' statement of material facts, and any exhibits, see Fed. R. Civ. P. 6(b); and

2. In the meantime, the parties shall brief the pending motion for a stay (Doc. 23) in accordance with Local Rules 7.5, 7.6, and 7.7.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge